UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NEOMEDIC PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION  MDL No. 2511

TRANSFER ORDER

**Before the Panel:**[*] Pursuant to 28 U.S.C. § 1407, plaintiffs in six actions listed on Schedule A and three actions pending in the Southern District of West Virginia and not encompassed by this motion move to centralize this litigation in the Southern District of West Virginia. Defendants DIMA, S.L., Neomedic International, S.L., Neomedic, Inc. and Specialties Remeex International, S.L. (collectively, Neomedic) do not oppose the motion.

The litigation presently consists of seven actions pending in seven districts, as listed on Schedule A.[1] The motion for centralization included 21 actions, fourteen of which are pending in S.D. West Virginia. Those fourteen actions already have been transferred to or directly filed in one of the pelvic mesh products liability MDLs in that district—all but one were transferred by the Panel from other courts.[2] Movants have clarified that they do not wish to disturb those fourteen actions and agree with Neomedic and defendant Coloplast Corp. that they should remain in their current MDLs in the Southern District of West Virginia.

On the basis of the papers filed and hearing session held, we find that these seven actions involve common questions of fact, and that centralization in the Southern District of West Virginia will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The subject actions share factual issues arising from allegations that defects in surgical products manufactured

---

[*] Judge Paul J. Barbadoro and Judge Lewis A. Kaplan did not participate in the disposition of this matter.

[1] The Panel is aware of five additional actions pending against Neomedic in five districts. These actions and any other related actions are potential tag-along actions. *See* Panel Rules 1.1(h), 7.1, and 7.2.

[2] The six pelvic mesh MDLs already pending in S.D. West Virginia are MDL No. 2187 – *In re: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation*; MDL No. 2325 – *In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*; MDL No. 2326 – *In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation*; MDL No. 2327 – *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*; MDL No. 2387 – *In re: Coloplast Corp. Pelvic Support Systems Products Liability Litigation*; and MDL No. 2440 – *In re: Cook Medical, inc., Pelvic Repair System Products Liability Litigation*.

-2-

by Neomedic to treat pelvic organ prolapse and stress urinary incontinence cause injuries to women who are implanted with the products. Centralization will eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary. Centralization also is consistent with our recent decisions creating separate pelvic repair product MDLs involving defendants American Medical Systems, Inc. (AMS), Boston Scientific Corp. (Boston Scientific), and Ethicon, Inc. (and entities related thereto), *see In re: Am. Med. Sys., Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 844 F. Supp. 2d 1359, 1360 (J.P.M.L. 2012), as well as our earlier decision in *In re: Avaulta Pelvic Support Sys. Prods. Liab. Litig.*, 746 F. Supp. 2d 1362, 1363 (J.P.M.L. 2010); and our most recent decisions in *In re: Coloplast Corp. Pelvic Support Sys. Prods. Liab. Litig.*, 883 F. Supp. 2d 1348, 1348 (J.P.M.L. 2012), and *In re: Cook Medical, Inc., Pelvic Repair Sys. Prods. Liab. Litig.*, 949 F. Supp. 2d 1373, 2013 U.S. Dist. LEXIS 81638 (J.P.M.L. Jun. 11, 2013). In choosing to centralize MDL Nos. 2325 (AMS), 2326 (Boston Scientific), and 2327 (Ethicon) in the Southern District of West Virginia, as it had done in MDL No. 2187 (C.R. Bard, Inc.), the Panel noted that, as here, several actions were pending involving plaintiffs who had been implanted with multiple pelvic mesh products manufactured by multiple defendant groups. *See In re: AMS*, 844 F. Supp. 2d at 1361 ("it is beneficial in this litigation for a particular action involving claims against multiple manufacturers to remain whole and proceed as one action.").[3]

We conclude that the Southern District of West Virginia is the most appropriate transferee district for pretrial proceedings in this litigation. Several multi-product, multi-defendant actions involving Neomedic products are already before Judge Joseph R. Goodwin in one or more of the pelvic mesh MDLs pending in his court. It is possible that cases involving Neomedic and another manufacturer defendant will be filed in the future. Centralization in this district, therefore, will avoid the complications of having these multi-product, multi-defendant cases pending in more than one district. Severance of the claims against Neomedic and transfer to a different transferee court would run afoul of our previous determination to transfer multi-product, multi-defendant pelvic repair product actions to the MDL involving the defendant first named in the complaint. *See In re: AMS*, 844 F. Supp. 2d at 1361. Transfer of multi-product, multi-defendant cases in their entirety to a new transferee court likely would prejudice the non-Neomedic defendants named in those actions and almost certainly would disrupt the ongoing pretrial proceedings in the Southern District of West Virginia. Centralization in the Southern District of West Virginia eliminates these complications, and will allow the transferee court to continue the efficient supervision of pretrial proceedings in all related actions.

---

[3] After consulting with the transferee judge, the Panel determined to assign each multi-product/multi-defendant action to the MDL involving the first-named defendant in that action.

-3-

IT IS THEREFORE ORDERED that pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A are transferred to the Southern District of West Virginia, and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin for coordinated or consolidated pretrial proceedings.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Marjorie O. Rendell    Charles R. Breyer
Sarah S. Vance    Ellen Segal Huvelle

IN RE: NEOMEDIC PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION                             MDL No. 2511

## SCHEDULE A

<u>Middle District of Alabama</u>

Judy Oglesby, et al. v. DIMA S.L., et al., C.A. No. 1:13-00484

<u>Southern District of Alabama</u>

Gloria Ruffin v. DIMA S.L., et al., C.A. No. 1:12-00586

<u>District of Minnesota</u>

Eugenie Marie Thomas v. Neomedic, Inc., C.A. No. 0:13-01057

<u>Western District of North Carolina</u>

Tamatha Dickerson v. DIMA S.L., et al., C.A. No. 5:12-00192

<u>Western District of Pennsylvania</u>

Tina Carpenter, et al. v. DIMA S.L., et al., C.A. No. 1:13-00077

<u>Eastern District of Tennessee</u>

Gina K. Keasling, et al. v. Desarrollo E Investigacion Medica Aragonesa S.L., et al.,
    C.A. No. 4:13-00066

<u>Middle District of Tennessee</u>

Lori Worthington, et al. v. DIMA S.L., et al., C.A. No. 3:13-00651



Activity in Case MDL No. 2511 IN RE: Neomedic Pelvic Repair System Products Liability Litigation Initial Transfer Order (Transferee Clerk)
JPMLCMECF
to:
JPMLCMDECF
02/18/2014 08:02 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/18/2014 at 8:01 AM EST and filed on 2/18/2014

| | |
|---|---|
| **Case Name:** | IN RE: Neomedic Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2511 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | CARPENTER et al v. DIMA S.L. et al |
| **Case Number:** | PAW/1:13-cv-00077 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as**

the **Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks** and the **District Court Clerks Manual - Multidistrict Litigation - Chapter 11**.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Thomas v. Neomedic, Inc. |
| **Case Number:** | MN/0:13-cv-01057 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Worthington et al v. DIMA S.L. et al |
| **Case Number:** | TNM/3:13-cv-00651 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Oglesby et al v. DIMA S.L. et al |
| **Case Number:** | ALM/1:13-cv-00484 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee**

Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Dickerson v. DIMA S.L. et al |
| **Case Number:** | NCW/5:12-cv-00192 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.

Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Keasling et al v. Desarrollo E Investigacion Medica Aragonesa S.L. et al |

| | |
|---|---|
| **Case Number:** | TNE/4:13-cv-00066 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Ruffin v. DIMA S.L. et al |
| **Case Number:** | ALS/1:12-cv-00586 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO TRANSFEREE CLERK: ACTION REQUIRED**

**A transfer order has been filed today in this litigation. The order is directed to your court for filing. Rule 2.1(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, states...An order to transfer or remand pursuant to 28 U.S.C. 1407 shall be effective only upon its filing with the**

**clerk of the transferee district court.**

**Information to assist in managing the MDL is available on the Clerk Resources page of the Panel website including: a Letter to Transferee Clerks with relevant information pertaining to transfer of files and termination and remand of transferred actions; and publications such as the Ten Steps To Better Case Management: A Guide for Multidistrict Litigation Transferee Court Clerks and the District Court Clerks Manual - Multidistrict Litigation - Chapter 11.**

**Signed by Clerk of the Panel Jeffery N. Luthi on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

**No public notice (electronic or otherwise) sent because the entry is private**



Activity in Case MDL No. 2511 IN RE: Neomedic Pelvic Repair System Products Liability Litigation
JPMLCMECF
to:
JPMLCMDECF
02/18/2014 08:00 AM
Hide Details
From: JPMLCMECF@jpml.uscourts.gov

To: JPMLCMDECF@jpml.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

# United States

## United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 2/18/2014 at 7:58 AM EST and filed on 2/18/2014

| | |
|---|---|
| **Case Name:** | IN RE: Neomedic Pelvic Repair System Products Liability Litigation |
| **Case Number:** | MDL No. 2511 |
| **Filer:** | |
| **Document** | 46 |

**Number:**

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ([3] in MDL No. 2511), ([1] in MDL No. 2511)* **Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| **Case Name:** | CARPENTER et al v. DIMA S.L. et al |
|---|---|
| **Case Number:** | PAW/1:13-cv-00077 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [3] in MDL No. 2511), ( [1] in MDL No. 2511)* **Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| **Case Name:** | Thomas v. Neomedic, Inc. |
|---|---|
| **Case Number:** | MN/0:13-cv-01057 |
| **Filer:** | |
| **Document Number:** | 25 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [3] in MDL No. 2511), ( [1] in MDL No. 2511)* **Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Worthington et al v. DIMA S.L. et al |
| **Case Number:** | TNM/3:13-cv-00651 |
| **Filer:** | |
| **Document Number:** | 26 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [3] in MDL No. 2511), ( [1] in MDL No. 2511)* **Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Oglesby et al v. DIMA S.L. et al |
| **Case Number:** | ALM/1:13-cv-00484 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [3] in MDL No. 2511), ( [1] in MDL No. 2511)* **Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.**

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Dickerson v. DIMA S.L. et al |
| **Case Number:** | NCW/5:12-cv-00192 |
| **Filer:** | |
| **Document Number:** | 26 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [3] in MDL No. 2511), ( [1] in MDL No. 2511) Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Keasling et al v. Desarrollo E Investigacion Medica Aragonesa S.L. et al |
| **Case Number:** | TNE/4:13-cv-00066 |
| **Filer:** | |
| **Document Number:** | 24 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [3] in MDL No. 2511), ( [1] in MDL No. 2511) Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

| | |
|---|---|
| **Case Name:** | Ruffin v. DIMA S.L. et al |
| **Case Number:** | ALS/1:12-cv-00586 |
| **Filer:** | |
| **Document Number:** | 27 |

**Docket Text:**
**TRANSFER ORDER** *re: pldg. ( [3] in MDL No. 2511), ( [1] in MDL No. 2511) Transferring 7 action(s) to Judge Joseph R. Goodwin in the S.D. West Virginia.*

**Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 2/18/2014.**

**Associated Cases: MDL No. 2511, ALM/1:13-cv-00484, ALS/1:12-cv-00586, MN/0:13-cv-01057, NCW/5:12-cv-00192, PAW/1:13-cv-00077, TNE/4:13-cv-00066, TNM/3:13-cv-00651 (DP)**

**MDL No. 2511 Notice has been electronically mailed to:**

**MDL No. 2511 Notice will not be electronically mailed to:**

**PAW/1:13-cv-00077 Notice has been electronically mailed to:**

Derek Potts     dpotts@potts-law.com, ascharnhorst@potts-law.com, gleal@potts-law.com

Timothy L. Sifers     tsifers@potts-law.com

Ernest F. Koschineg     ekoschineg@c-wlaw.com, cking@c-wlaw.com

Patricia Campbell     pcampbell@potts-law.com

LAURA A. FELDMAN     lfeldman@feldmanpinto.com

Hans H. van Zanten     hvanzanten@potts-law.com

Carolyn Purwin     cpurwin@c-wlaw.com, cking@c-wlaw.com

**PAW/1:13-cv-00077 Notice will not be electronically mailed to:**

**MN/0:13-cv-01057 Notice has been electronically mailed to:**

Michael D Hutchens     mhutchens@meagher.com

Timothy J Becker     tbecker@johnsonbecker.com, hristow@johnsonbecker.com, jenright@johnsonbecker.com

Michael K Johnson     mjohnson@johnsonbecker.com, apeterson@johnsonbecker.com, rfiebiger@johnsonbecker.com

Ernest F. Koschineg     ekoschineg@c-wlaw.com, cking@c-wlaw.com

Stacy K Hauer     shauer@johnsonbecker.com

Lisa Ann Gorshe     lgorshe@johnsonbecker.com, cjohnson@johnsonbecker.com

Young S. Lee     ylee@audetlaw.com

Mark Etheredge Burton, Jr     mburton@audetlaw.com

Jon R. Russell     jrussell@meagher.com

Emily L Mugaas     emugaas@meagher.com

**MN/0:13-cv-01057 Notice will not be electronically mailed to:**

**TNM/3:13-cv-00651 Notice has been electronically mailed to:**

Ricky L. Boren     rboren@hillboren.com, cgilbertson@hillboren.com

Julie Rhoades     jrhoades@thematthewslawfirm.com

Tim K. Goss     Tim@freeseandgoss.com, andrea@freeseandgoss.com

James E. Looper, Jr     jlooper@hallboothsmith.com

Ernest F. Koschineg     ekoschineg@c-wlaw.com, cking@c-wlaw.com

David Paul Matthews     dmatthews@thematthewslawfirm.com, aharrison@thematthewslawfirm.com, spickard@thematthewslawfirm.com

Tamara L. Banno     Tbanno@tlb-law.com, tbanno@freeseandgoss.com

Kevin Edwards     kevin@edwardsdelacerda.com

Peter De La Cerda     Peter@edwardsdelacerda.com

Heather D. Piper     hpiper@hallboothsmith.com, tthompson@hallboothsmith.com

**TNM/3:13-cv-00651 Notice will not be electronically mailed to:**

**ALM/1:13-cv-00484 Notice has been electronically mailed to:**

Derek Potts     dpotts@potts-law.com, ascharnhorst@potts-law.com, gleal@potts-law.com

Richard A Freese     rich@freeseandgoss.com, dmatthews@thematthewslawfirm.com, goss39587@aol.com, regina@freeseandgoss.com

Timothy L. Sifers     tsifers@potts-law.com

Ernest F. Koschineg     ekoschineg@c-wlaw.com, cking@c-wlaw.com

Patricia Campbell     pcampbell@potts-law.com

Hans H. van Zanten     hvanzanten@potts-law.com

Nathan Craig VanDerVeer     nathan@freeseandgoss.com, rich@freeseandgoss.com

Calle Mendenhall     calle@freeseandgoss.com

**ALM/1:13-cv-00484 Notice will not be electronically mailed to:**

Neomedic, Inc.
2655 Le Jeune Road, #810
Coral Gables, FL 33134

**NCW/5:12-cv-00192 Notice has been electronically mailed to:**

Kimberly R Wilson     kim@wilsonlawpa.com

Derek Potts     dpotts@potts-law.com, ascharnhorst@potts-law.com, gleal@potts-law.com

Timothy L. Sifers     tsifers@potts-law.com

Ernest F. Koschineg     ekoschineg@c-wlaw.com, cking@c-wlaw.com

Patricia Campbell     pcampbell@potts-law.com

Hans H. van Zanten     hvanzanten@potts-law.com

Michael Christopher Hurley, Sr     mike@mchurleylaw.com, mchurleysr@gmail.com

Lindsay N Clifton     lindsay@mchurleylaw.com

Katherine Leigh Jones     katie@mchurleylaw.com

**NCW/5:12-cv-00192 Notice will not be electronically mailed to:**

**TNE/4:13-cv-00066 Notice has been electronically mailed to:**

Wesley Chadwick Cook     chad.cook@beasleyallen.com, christi.peavy@beasleyallen.com, donna.hunter@beasleyallen.com,

ellen.royal@beasleyallen.com, kim.owen@beasleyallen.com, tabitha.dean@beasleyallen.com, tracie.taylor@beasleyallen.com

James E. Looper, Jr    jlooper@hbss.net

Ernest F. Koschineg    ekoschineg@c-wlaw.com, cking@c-wlaw.com

P LEIGH O'DELL    leigh.odell@beasleyallen.com, melisa.bruner@beasleyallen.com

Andy D. Birchfield, Jr    andy.birchfield@beasleyallen.com, Andy.Birchfield@BeasleyAllen.com

Heather D. Piper    hpiper@hallboothsmith.com, tthompson@hallboothsmith.com

Blair P Durham    blair@durhamanddread.com

**TNE/4:13-cv-00066 Notice will not be electronically mailed to:**

**ALS/1:12-cv-00586 Notice has been electronically mailed to:**

Robert E Cooper    RECooper@csattorneys.com

Derek Potts    dpotts@potts-law.com, gleal@potts-law.com

Richard A Freese    rich@freeseandgoss.com, dmatthews@thematthewslawfirm.com, goss39587@aol.com, regina@freeseandgoss.com

Timothy L. Sifers    tsifers@potts-law.com

Ernest F. Koschineg    ekoschineg@c-wlaw.com, cking@c-wlaw.com

Patricia Campbell    pcampbell@potts-law.com

Nathan Craig VanDerVeer    nathan@freeseandgoss.com, rich@freeseandgoss.com

William Robert Pringle    wrpringle@csattorneys.com

Calle Mendenhall    calle@freeseandgoss.com

**ALS/1:12-cv-00586 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:** n/a
**Electronic document Stamp:**
[STAMP JPMLStamp_ID=1090522767 [Date=2/18/2014] [FileNumber=444122-0]

[ba8c1e0bfe39b73884ab93b7860171964c98e36fe34a7cbd2fe79dba47a9cd1222af3d5af934df40bbea0db900f0a23d871636ac47b4adf2f7de707fbfd2ba14]]